UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO: 2:21-mj-272 |
| JENNIFER CAMPBELL, | MAGISTRATE JUDGE JOLSON |
| Defendant. | |

**NOTICE OF APPEARANCE**

Now comes Mark C. Collins, Attorney at Law, and hereby enters his appearance as counsel for Defendant, Jennifer Campbell, in the above-captioned matter.

Respectfully submitted,

/s/ *Mark C. Collins*
**Mark C. Collins (0061207)**
MARK C. COLLINS CO., L.P.A.
150 E. Mound St., Suite 308
Columbus, Ohio  43215
(614) 443-3100    (614) 413-3902 – Fax
mark@mcollinslaw.com
*Attorney for Defendant Jennifer Campbell*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2021, I electronically filed this Notice of Appearance using the CM/ECF System, which will send notification of such filing to the following:  **Michael J. Hunter, Esq.**

/s/ *Mark C. Collins*
**MARK C. COLLINS (0061207)**