Query    **Reports**    **Utilities**    **Help**    **What's New**    **Log Out**

CJA,DT_BENNETT

# US District Court Electronic Case Filing System
## District of Utah (Central)
## CRIMINAL DOCKET FOR CASE #: 2:21-mj-00330-JCB-1

---

Case title: USA v. Campbell            Date Filed: 04/21/2021

---

Assigned to: Magistrate Judge Jared C. Bennett

**Defendant (1)**

**Jennifer Helen Campbell**      represented by    **Edwin S. Wall**
WALL LAW OFFICE
43 E 400 S
SALT LAKE CITY, UT 84111
(801)746-0900
Email: edwin@edwinwall.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**                  **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**               **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                      **Disposition**

21:841 Knowingly or intentionally attempt to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense a controlled substance; 21:846 Attempt and conspiracy to commit an act in violation of 21 USC

841.

**Notice Party**

**Pretrial Noticing**                 represented by    **Pretrial Noticing**
                                                      Email:
                                                      UTPml_PretrialNoticing@utp.uscourts.gov
                                                      PRO SE

**Plaintiff**

**USA**                                  represented by    **S. Michael Gadd**
                                                      DEA/HIDTA
                                                      348 E SOUTH TEMPLE
                                                      SALT LAKE CITY, UT 84111
                                                      (801)524-3081
                                                      Email: mgadd@agutah.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/21/2021 | 1 | Arrest (Rule 5) of Jennifer Helen Campbell Warrant out of the USDC Southern District of Ohio. Assigned to Magistrate Judge Jared C. Bennett. (mas) (Additional attachment(s) added on 4/21/2021: # 1 Warrant) (mas). (Entered: 04/21/2021) |
| 04/23/2021 | 2 | **SEALED DOCUMENT** PRETRIAL SERVICES REPORT as to Jennifer Helen Campbell (mec) (Entered: 04/23/2021) |
| 04/23/2021 | 3 | Minute Entry for proceedings held before Magistrate Judge Jared C. Bennett: Initial Appearance in Rule 5/5.1 Proceedings as to Jennifer Helen Campbell held on 4/23/2021.Defendant present by Zoom in custody from Tooele. Counsel and all parties appeared by Zoom. The defendant waives her physical appearance in court and consents to appear for this matter by Zoom.The defendant requests counsel. The court appoints CJA counsel. Added attorney Edwin S. Wall for Jennifer Helen Campbell.Appearance entered by Edwin S. Wall for Jennifer Helen Campbell on behalf of defendant. Waiver of rule 5 hearing accepted on the record. Identity Hearing was waived on the record.The govt. seeks detention. The defendant requests a continuance of her detention hearing The court orders the defendant detained and remanded to the USMS pending detention hearing.( Detention Hearing set for 4/28/2021 at 12:00 PM in Judges Chambers before Magistrate Judge Jared C. Bennett.) Attorney for Plaintiff: Michael Gadd, Attorney for Defendant: Ed Wall, CJA. Interpreter: Not Needed. Probation Officer: Wyatt Stanworth. Court Reporter: electronic ZOOM 8.400. (ksm) (Entered: 04/23/2021) |
| 04/23/2021 | 4 | DOCKET TEXT Order Appointing CJA Counsel as to Jennifer Helen Campbell: Appointment of Attorney No attached document. Signed by Magistrate Judge Jared C. Bennett on 4/23/21.(ksm) (Entered: 04/23/2021) |

Case: 2:21-mj-00272-KAJ Doc #: 4 Filed: 05/13/21 Page: 3 of 3 PAGEID #: 35

| 04/23/2021 | 6 | DOCKET TEXT ORDER OF TEMPORARY DETENTION as to Jennifer Helen Campbell. No attached document. Signed by Magistrate Judge Jared C. Bennett on 4/23/21.(ksm) (Entered: 04/23/2021) |
|---|---|---|
| 04/23/2021 | | Notice of Appearance. U.S. Probation and Pretrial Services hereby advises the Court that Pretrial Noticing should be added to this case as to Jennifer Helen Campbell (rmd) (Entered: 04/23/2021) |
| 04/28/2021 | 7 | Minute Entry for proceedings held before Judge Magistrate Judge Jared C. Bennett: Detention Hearing as to Jennifer Helen Campbell held on 4/28/2021. Defendant present by Zoom in custody from Tooele. Counsel and all parties appeared by Zoom. The defendant waives her physical appearance in court and consents to appear for this matter by Zoom. The govt. seeks detention. The court hears from counsel. The court orders the defendant detained and remanded to the USMS pending transfer to the Southern District of Ohio. Attorney for Plaintiff: Michael Gadd, Attorney for Defendant: Ed Wall, CJA. Interpreter: Not needed. Probation Officer: Wyatt Stanworth. Court Reporter: electronic ZOOM 8.400. (ksm) (Entered: 04/28/2021) |
| 04/28/2021 | 8 | ORDER OF DETENTION PENDING TRIAL as to Jennifer Helen Campbell.<br><br>NOTE: Any future review of detention will remain with the magistrate judge who entered the first detention order, even if an order of referral to a different magistrate judge is entered on this defendant's case.<br>Signed by Magistrate Judge Jared C. Bennett on 4/28/21.(ksm) (Entered: 04/28/2021) |